UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY T.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 5:22-cv-02073-KK-JC <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636. No objections have been filed. The Court accepts the findings, conclusions, and recommendation of the Magistrate Judge reflected in the December 7, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

IT IS HEREBY ORDERED that (1) the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further administrative action consistent with the Report and Recommendation; and (2) Judgment be entered accordingly.

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on plaintiff (who is proceeding *pro se*), and counsel for defendant.

DATED: January 3, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE