UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY T.,[1] <br> Plaintiff, <br> v. <br> MARTIN O'MALLEY, Commissioner of Social Security, <br> Defendant. | Case No. 5:22-cv-02073-KK-JC <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is reversed and the matter is remanded for further administrative action consistent with the December 7, 2023 Report and Recommendation and the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge issued concurrently herewith.

DATED: January 3, 2024

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.